William C. WITZEL and Gene
E. Witzel, Petitioners–
Appellants,

v.

COMMISSIONER OF INTERNAL
REVENUE, Respondent–
Appellee.

No. 99–2482.

United States Court of Appeals,
Seventh Circuit.

Submitted March 13, 2001.

Decided April 6, 2001.

Before Hon. POSNER, Hon. COFFEY,
Hon. MANION, Circuit Judges.

### ORDER

Upon consideration of the remand of this case to this court for reconsideration in light of Gitlitz v. Commissioner, 531 U.S. 206, 121 S.Ct. 701, 148 L.Ed.2d 613 (2001), and of the parties' 7th Cir. R. 54 statements, in which both agree that the proper disposition is to vacate our previous decision, reverse the decision of the Tax Court, and remand to that court with directions to enter judgment for the taxpayers, it is ordered that our previous decision is vacated, the decision of the Tax Court is reversed, and the case is remanded to that court with directions to enter judgment for the taxpayers.